# EXHIBIT C

7/6/2020     Case 4:21-cv-40116-NMG    Document 1-3    Filed 11/20/21    Page 2 of 2     IMG_3610.JPG



https://drive.google.com/file/d/17fL2jSPNUmxrssHXnGhQmAaEwp9e7XS/view     1/1