# EXHIBIT D

# Boston Medical Center

## Mullen, Jason #3573986 (Acct #:8026907617) (39 y.o. M)

### Jason Mullen

Description: 39 year old male   Provider: Crandall Peeler, MD   Department: Yaw Eye Clinic

12/16/2019 1:00 PM   Office Visit
MRN: 3573986

#### Diagnoses

| | Codes | Comments |
|---|---|---|
| Vision loss, left eye - Primary | ICD-9-CM: 369.8<br>ICD-10-CM: H54.62 | |

#### HPI

CC: Pt with hx decreased vision LE x 1 year following trauma with normal optic nerve appearance here for 4 month follow up

HPI: 39yo male here for follow up exam. Pt reports that VA LE remains poor. Some intermittent "stabbing" pain LE. Pt inquires about MRI/CT that were performed at Shattuck. No interval health issues.
Last edited by Jennifer Lambert on 12/16/2019 11:00 AM. (History)

#### ROS

Positive for: Eyes
Negative for: Constitutional, HENT, Respiratory, Allergic/Imm
Last edited by Jennifer Lambert on 12/16/2019 11:00 AM. (History)

#### Base Eye Exam

**Visual Acuity (Snellen - Linear)**

| | Right | Left |
|---|---|---|
| Dist sc | 20/20 | HM |

Pt in phoropter but both oculars open; 20/25 ou with +1.50 RE

**Pupils**

| | Pupils |
|---|---|
| Right | PERRL |
| Left | PERRL |

**Extraocular Movement**

| Right | Left |
|---|---|
| Full | Full |
| -- -- -- | -- -- -- |
| -- -- | -- -- |
| -- -- -- | -- -- -- |

**Neuro/Psych**
Oriented x3: Yes
Mood/Affect: Normal

Edited by: Jennifer Lambert

## Additional Tests

### Color

|  | Right | Left |
|---|---|---|
| Ishihara | 10/10 | unable |

Edited by: Jennifer Lambert

## Slit Lamp and Fundus Exam

### External Exam

|  | Right | Left |
|---|---|---|
| External | Normal | Normal |

### Slit Lamp Exam

|  | Right | Left |
|---|---|---|
| Lids/Lashes | mgd | mgd |
| Conjunctiva/Sclera | White and quiet | White and quiet |
| Cornea | spk | spk |
| Anterior Chamber | Deep and quiet | Deep and quiet |
| Iris | Round and reactive | Round and reactive |
| Lens | Clear | Clear |

### Fundus Exam

|  | Right | Left |
|---|---|---|
| Disc | Pink and sharp | Pink and sharp |

Edited by: Crandall Peeler, MD

## Notes

### Crandall Peeler, MD at 12/16/2019  1:00 PM

Status: Signed

#### HPI

CC: Pt with hx decreased vision LE x 1 year following trauma with normal optic nerve appearance here for 4 month follow up

HPI: 39yo male here for follow up exam. Pt reports that VA LE remains poor. Some intermittent "stabbing" pain LE. Pt inquires about MRI/CT that were performed at Shattuck. No interval health issues.
Last edited by Jennifer Lambert on 12/16/2019 11:00 AM. (History)

#### Base Eye Exam

Visual Acuity (Snellen - Linear)

|  | Right | Left |
|---|---|---|
| Dist sc | 20/20 | HM |

Pt in phoropter but both oculars open; 20/25 ou with +1.50 RE

## Pupils

| | Pupils |
|---|---|
| Right | PERRL |
| Left | PERRL |

## Extraocular Movement

| | Right | | | | Left | | | |
|---|---|---|---|---|---|---|---|---|
| | Full | | | | Full | | | |
| | | -- | -- | -- | | -- | -- | -- |
| | | -- | -- | -- | | -- | -- | -- |
| | | -- | -- | -- | | -- | -- | -- |

## Neuro/Psych

Oriented x3: Yes
Mood/Affect: Normal

## Additional Tests

### Color

| | Right | Left |
|---|---|---|
| Ishihara | 10/10 | unable |

## Slit Lamp and Fundus Exam

### External Exam

| | Right | Left |
|---|---|---|
| External | Normal | Normal |

### Slit Lamp Exam

| | Right | Left |
|---|---|---|
| Lids/Lashes | mgd | mgd |
| Conjunctiva/Sclera | White and quiet | White and quiet |
| Cornea | spk | spk |
| Anterior Chamber | Deep and quiet | Deep and quiet |
| Iris | Round and reactive | Round and reactive |
| Lens | Clear | Clear |

### Fundus Exam

| | Right | Left |
|---|---|---|
| Disc | Pink and sharp | Pink and sharp |

## Assessment/plan:

1. Decreased vision, pain behind left eye since trauma (fist) in around Thanksgiving 2018
- patient reports stable decreased vision since the time of the incident; patient reportedly had a head CT the day after the injury in Leominster that showed no fractures; I ordered an MRI

of the orbits and this was obtained at Shattuck Hospital (I wanted BMC) and an MRI of the brain was done (not orbits) that showed no explanation for the patient's vision loss
- subjectively poor vision Os today, no APD on careful exam today, no color plates Os
- normal optic nerve appearance, normal fundus appearance, normal mac OCT previously
- it is possible that the patient sustained a traumatic optic neuropathy at the time of his injury but objective findings (normal pupils and optic nerve appearance) do not support HM level vision and patient also able to see good stereo
- RV 6 months or sooner PRN

Crandall Peeler, MD

## Follow-up and Dispositions

- Return in about 6 months (around 6/16/2020) for neuro follow up.

Follow-up and Disposition History

## Level of Service

Level of Service
PR OFFICE OUTPATIENT VISIT 25 MINUTES [99214]

## All Flowsheet Templates (all recorded)

None

## Referring Provider

Heather L Beckner, NP

## Communication Routing History

None

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | PR OFFICE OUTPATIENT VISIT 25 MINUTES | 12/16/2019 | Crandall Peeler, MD | | 1 |
| 99214001 | HC OFFICE OUTPATIENT VISIT 25 MINUTES | 12/16/2019 | Crandall Peeler, MD | | 1 |

## Other Encounter Related Information

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires